UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

September 16, 2022

Karen A Hammer
Karen A. Hammer, ESQ.
Hammer-Law
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

**RE:** **22-1266, Chung v. Lamb, et al**
Dist/Ag docket: 1:14-CV-03244-DDD-KLM

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

You have not filed a copy of a transcript order or a statement of why a transcript was not ordered. *See* Fed. R. App. P. 10(b) and 10th Cir. R. 10.2(B)(1).

Please correct the stated deficiency within three days of the date of this notice. Please note that if the document is not filed, it is possible the appeal could be dismissed for failure to prosecute under 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Franz Hardy

CMW/na