UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

November 01, 2022

Karen A Hammer
Karen A. Hammer, ESQ.
Hammer-Law
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

**RE:**     **22-1266, Chung v. Lamb, et al**
Dist/Ag docket: 1:14-CV-03244-DDD-KLM

Dear Counsel:

Appellants' brief and appendix are deficient because:

The attachments to the brief are not identified and included in the Table of Contents. Stating "Attachment 1" is not sufficient; the attachment must be clearly identified (i.e., "Attachment 1: District Court Judgment Filed mm/dd/yyyy"). *See* 10th Cir. R. 28.2(C)(5).

An appendix was not filed with appellants' brief in the subject case. *See* 10th Cir. R. 30.1.

You must file a proper appendix as required by the rules. {You may also need to refile a corrected version of the brief with citations to the appendix included}. Do not file paper copies of your appendix and brief until the court has received the corrected appendix and issued notice it is compliant.

The corrected brief and appendix must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a response brief will run from the date of service of appellants' corrected brief and appendix.

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief [and/or appendix] will not be filed. In addition, the appeal may be dismissed without further notice. *See* 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Franz Hardy

CMW/at